In the Matter of Committee on Character and Fitness of Applicants for

Admission to the Bar in the Seventh Judicial District.— Joseph W. Taylor, an attorney residing at Rochester, N. Y., appointed to fill the vacancy caused by the death of Hon. Edwin A. Nash.

In the Matter of the Judicial Settlement of the Accounts of Charles A. Bruff and S. Wallace Hagaman, as Administrators, etc., of Cornelia M. Bruff, Deceased.— Motion granted and appeal dismissed, without costs.

Jane Mahanna, Appellant, v. Frank Phillips, Respondent.— Appeal dismissed upon stipulation filed.